**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JERMAIN D. LEWIS,
ADC #161312**                                                    **PLAINTIFF**

**V.**                          **CASE NO. 5:17-CV-313-JLH-BD**

**CHRISTIE A. SIMPSON, et al.**                          **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I.      Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge J.

Leon Holmes. Mr. Lewis may file written objections to this Recommendation.

Objections, however, should be specific and should include the factual or legal basis for

the objection. To be considered, objections must be received in the office of the Court

Clerk within 14 days of this Recommendation.

If no objections are filed, Judge Holmes can adopt this Recommendation without

independently reviewing the record. By not objecting, Mr. Lewis may waive any right to

appeal questions of fact.

**II.     Discussion:**

Plaintiff Jermain D. Lewis filed a notice of a change of address after he was

released from prison. (Docket entry #23) On March 28, 2018, the Court ordered Mr.

Lewis to submit a non-prisoner application to proceed *in forma pauperis* ("IFP") within

30 days to verify that he was still entitled to IFP status. (#24) To date, Mr. Lewis has not

filed a new IFP application, as required by the Court's March 28, 2018 Order, and the

time for filing the application has passed. The Court specifically cautioned Mr. Lewis

that his claims could be dismissed if he failed to comply with the Court's Order.

**III.    Conclusion:**

The Court recommends that Mr. Lewis's claims be DISMISSED, without

prejudice, based on his failure to comply with the Court's March 28, 2018 Order.

DATED this 1st day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE