IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JERMAIN D. LEWIS,
ADC #161312                                                                                    PLAINTIFF

V.                    CASE NO. 5:17-CV-313-JLH-BD

CHRISTIE A. SIMPSON, et al.                                                              DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

This lawsuit is DISMISSED, without prejudice.

IT IS SO ORDERED this 23rd day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE