IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JERMAIN D. LEWIS,
ADC #161312                                                                                    PLAINTIFF

V.                      CASE NO. 5:17-CV-313-JLH-BD

CHRISTIE A. SIMPSON, et al.                                                          DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 23rd day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE